*E-Filed 5/23/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT LEE DIXON, | No. C 11-0374 RS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JATINDER K. SINGH, et al., | |
| Defendants. | |

Plaintiff, currently held at California Medical Facility in Vacaville ("CMF"), has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while held at CMF, which lies in Solano County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the County of Solano, which lies within the venue of the Eastern District of California. *See* 28 U.S.C . § 84(b). Venue therefore properly lies in the Eastern District. *See id*. § 1391(b). Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: May 23, 2011

RICHARD SEEBORG
United States District Judge

No. C 10-0374 RS (PR)
ORDER OF TRANSFER